UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JTH TAX LLC *d/b/a* LIBERTY TAX SERVICE,<br><br>                    Plaintiff,<br><br>                        -v.-<br><br>JOSUE SANCHEZ *d/b/a* TRIPLE J; REDHILLS CORP.; DON VARGHESE; and MERRICK HENRY,<br><br>                    Defendants. | 22 Civ. 6160 (KPF)<br><br>**DEFAULT JUDGMENT** |

KATHERINE POLK FAILLA, District Judge:

Upon consideration of Plaintiff JTH Tax LLC d/b/a Liberty Tax Service's ("Liberty") Motion for Default Judgment against Defendant Don Varghese ("Varghese"), the record herein, and with no opposition thereto, it is hereby

**ORDERED** that Liberty's Motion for Default Judgment (Dkt. #44) is GRANTED as to Defendant Don Varghese; and

**ORDERED** that judgment is entered in favor of Liberty and against Defendant Don Varghese as to liability on Count Four (Breach of Guaranty) of the Verified Complaint.

The Clerk of Court is directed to terminate the pending motion at docket entry 44.

SO ORDERED.

Dated:    February 6, 2023
             New York, New York

                                                        KATHERINE POLK FAILLA
                                                        United States District Judge