**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JTH TAX LLC D/B/A LIBERTY TAX SERVICE,

                Plaintiff,                      22 **CIVIL** 6160 (AS)(JLC)

       -against-                         **JUDGMENT**

JOSUE SANCHEZ D/B/A TRIPLE J, et al.,

                Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 27, 2023, the Court adopts the Report & Recommendation in its entirety. Liberty is awarded $515,974.21 in contract damages, plus prejudgment interest calculated at the rate of 9% from July 20, 2022 through entry of judgment, in the amount of $66,921.15. Additionally, Liberty is awarded $25,549.51 ($24,865.51 + $684.00) for its attorneys' fees and costs, respectively. Accordingly, the case is closed.

**Dated:**  New York, New York

       December 28, 2023

                                                        **RUBY J. KRAJICK**

                                                            _____
                                                                 **Clerk of Court**

                                   **BY:**

                                                                 **Deputy Clerk**